IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-24 |
| | ) | |
| ABIGAIL MERRIMAN | ) | |

## **MEMORANDUM AND ORDER**

This criminal case is before the court on the defendant's motion for a continuance of the trial [doc. 28]. The defendant says that additional time is needed to complete her preparations for trial. The court is also aware that the parties are attempting to settle this criminal case. The government has no objection to the defendant's motion.

The court finds the defendant's motion well taken, and it will be granted. The court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant the defendant's motion would deny the defendant the reasonable time necessary to prepare for trial or to settle this case. 18 U.S.C. § 3161(h)(8)(B)(vi). Therefore, all the time from the filing of this motion to the new trial date is excludable time within the meaning of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendant's motion for a continuance of the trial [doc. 28] is **GRANTED**, and the trial of this criminal case is **CONTINUED** to October 18, 2005, at 9:00 a.m.

ENTER:

      *s/ Leon Jordan*
United States District Judge

2